**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CHENQUN WU,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1506-KC** |
| | § | |
| **MARY DE ANDA-YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On June 9, 2026, the Court issued an Order finding that Chenqun Wu became subject to a final order of removal on April 8, 2026, and ordering Respondents to file a status update by no later than September 9, 2026, detailing Respondents' efforts to remove Wu from the country and an anticipated timeline for Wu's removal. *See* June 9, 2026, Order, ECF No. 4.

Respondents now state that Wu has not been removed from the United States and that "[w]hile there is not an exact date set for removal at this time[,] Respondents anticipate that Petitioner will be removed in the near future." Status Report 1, ECF No. 5. Respondents further state that "[o]nce the travel document is obtained, Petitioner will be removed on either a commercial flight or a charter flight." *Id.* In any event, Wu has been detained in post-removal order immigration detention since April 8, 2026, which is less than the presumptively reasonable six-month period of post-removal order detention. *See* June 9, 2026, Order.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update by **no later than October 7, 2026**, detailing the following:

(1) Whether Wu has been lawfully removed from the country, and if not,

(2) What concrete steps have been taken to effectuate Wu's removal,

(3) What obstacles exist to effectuating Wu's removal, such as issuance of travel documents, or identifying a country for removal,

(4) What concrete steps have been taken to address the existing obstacles, and

(5) The anticipated timeline for Wu's removal from the United States.

**IT IS FURTHER ORDERED** that if any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 11th day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE